UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 13 2008

MOLLY DWYER, ACTING CLERK
U.S. COURT OF APPEALS

JONATHAN LEE RICHES,

    Appellant,

v.

EVA LONGORIA, et al.,

    Appellees.

No. 07-17386

D.C. No. CV-07-05199-MJJ

Northern California
(San Francisco)

**ORDER**

A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to pay the docketing/filing fees in this case.

A certified copy of this order sent to the district court shall act as and for the mandate of this court.

FOR THE COURT:

Molly Dwyer
Acting Clerk of Court

By: Jeffery Crocker
Deputy Clerk

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAR 13 2008

by: [signature] Deputy Clerk

| | |
|---|---|
| Jonathan Lee Riches (−: 40948−018)<br>    Plaintiff − Appellant | Jonathan Lee Riches<br>[NTC Pro Se]<br>FCIW − FEDERAL CORRECTIONAL INSTITUTION (WILLIAMSBURG)<br>P.O. Box 340<br>Salters, SC 29590−0000 |
| v. | |
| Eva Longoria<br>    Defendant − Appellee | No appearance, Esq.<br>No appearance<br>No street<br>No city, CA 94103−0000<br>US |
| Maxim Magazine<br>    Defendant − Appellee | No appearance, Esq.<br>(see above) |
| Dennis Publishing Inc..<br>    Defendant − Appellee | No appearance, Esq.<br>(see above) |