**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

———————

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

March 19, 2008

CASE NUMBER:  **CV 07-05199 MJJ**
CASE TITLE:   **JONATHAN LEE RICHES-v- EVA LONGORIA**
DATE MANDATE FILED:  3/14/08

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by: *Sheila Rash*
Case Systems Administrator

Distribution: CIVIL     -   Counsel of Record

CRIMINAL  -   Counsel of Record
              U.S. Marshal (Copy of Mandate)
              U.S. Probation Office

NDC App-16