**FILED**

MAY 0 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

Jonathan Lee Riches,
Plaintiff

v.                                    Civil No: CV 07-05199

Eva Longoria, et AL,
Defendants

Motion For Judge Recusal under 28 USC 455 (A)(B)(C)(D)

Plaintiff moves to have Judge Jenkins from this case under 28 USC 455. Plaintiff never recieved a fair hearing because of Judge Jenkins watching reruns on desperate Housewives on Abc, and her reading Maxxim magazine in the courthouse, this bias and prejudice violated plaintiffs due process rights. Plaintiff seeks counsel, he has a right to counsel. Plaintiff seeks a change of venue to South Carolina. Longoria is Attorne on Tony Parkers orders.

843-387-9400